James F. COX, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63235.

Missouri Court of Appeals,
Western District.

Aug. 31, 2004.

Rosalynn Koch, Columbia, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. James F. Cox appeals from the judgment of the motion court, which denied his Rule 29.15 motion for post-conviction relief. For the reasons explained in the memorandum furnished to the parties, we affirm. Rule 84.16(b).